UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN THE MATTER OF            )
                            )
THE EXTRADITION OF          )     Case No. 6:04-mc-128-Orl-KRS
                            )
MATEUS JOSE CARDOSO         )

**CERTIFICATION OF EXTRADITABILITY
AND
ORDER OF COMMITMENT**

The Court received a Complaint in this matter filed on November 3, 2004, by Carlos A. Perez, Assistant United States Attorney for the Middle District of Florida, acting on behalf of the Government of the Federative Republic of Brazil, pursuant to its request for the extradition of Mateus Jose Cardoso (the "Fugitive").

On December 15, 2004, the Court conducted an extradition hearing at which the authenticated documents submitted by the Government of the Federative Republic of Brazil were received in evidence. The Fugitive appeared with counsel, but offered no evidence in his own behalf. The Court has carefully reviewed the evidence, including the Declaration of Haley D. Collums, attorney in the Office of the Legal Adviser, Department of State, and had opportunity to observe the Fugitive's physical characteristics as compared with the evidence of identification before the Court.

The Court finds that:

1. the undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing;

2. the Court has personal jurisdiction over the Fugitive and subject matter jurisdiction over the case;

3. there is currently in force an extradition treaty between the United States and the Federative Republic of Brazil;

4. the Fugitive has been charged in the requesting state with violating the following provisions of the Brazilian Penal Code; Article 121 ¶ 2, I, II and V (aggravated homicide) combined with Article 288 (forming a gang of more than three persons for the purpose of committing crimes); Article 171, V (larceny) combined with Article 14, II (attempt); Article 211 (destruction, theft, or hiding of a dead body); Article 304 (making use of counterfeit or altered documents); and Article 29 (conspiracy).

5. Except with regard to the charge under Article 211 of "destruction, theft, or hiding of a dead body," all of these charges constitute extraditable offenses within the meaning of the Treaty of Extradition Between the United States and the United States of Brazil, January 13, 1961, T.I.A.S. No. 5691, 15 U.S.T. 2093, 1964 WL 70284.

6. the requesting state seeks the extradition of the Fugitive for trial for these offenses; and

7. there is probable cause to believe that Mateus Jose Cardoso, the Fugitive and the same person who is before this court, committed the offenses for which his extradition is sought.

Based on the foregoing findings, the Court concludes that the Fugitive is extraditable for each offense for which extradition was requested (aside from the charge under Article 211 of "destruction, theft, or hiding of a dead body"), and hereby certifies this finding to the Secretary of State as required under Title 18, United States Code, Section 3184.

IT IS THEREFORE ORDERED that a certified copy of this Certification of Extraditability and Order of Commitment (and a copy of any documents or testimony submitted by or on behalf of the Fugitive) be forwarded without delay by the Clerk to the Department of State, to the attention of the Office of the Legal Adviser;

AND IT IS FURTHER ORDERED that the Fugitive, Mateus Jose Cardoso, be committed to the custody of the United States Marshal for this District pending final disposition of this matter by the Secretary of State and surrender to designated agents of the Government of the Federative Republic of Brazil.

_____
Hon. Karla R. Spaulding
United States Magistrate Judge

Dated: May 19, 2005

3