**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

                     **Plaintiff,**         Case No.         6:04-mc-128-Orl-KRS

-vs-

**MATEUS JOSÉ CARDOSO,**

                     **Defendant.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **EMERGENCY MOTION TO COMMAND THE UNITED STATES MARSHAL[S] SERVICE FOR INSTANTER PRODUCTION OF MATEUS JOSE CARDOSO FOR ATTORNEY CONSULTATION (Doc. No. 52)** |
| **FILED:** | **July 20, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

The Court has been advised that custody of Mateus José Cardoso has been transferred to the Federative Republic of Brazil. Hence, this Court no longer has jurisdiction over Cardoso. The Clerk of Court is directed to close the case as proceedings in this Court are completed.

**DONE** and **ORDERED** in Orlando, Florida on July 22, 2005.

                                           *Karla R. Spaulding*
                                           KARLA R. SPAULDING
                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties